JOSEPH R. ARMENTI, Esquire
By: Joseph R. Armenti, Esquire
Atlas16@Verizon.net
Identification No: 46356
19 Windtree Lane
Glen Mills, PA 19342
(610)613-2739; Fax (610) 459-4716
**Attorney for Plaintiff**

| | |
|---|---|
| Chris Maximus Armenti<br>19 Windtree Lane<br>Glen Mills, Pa. 19342<br>Plaintiff<br>v.<br>Travelers a/d/b/The Travelers Companies, Inc.<br>a/k/a, d/b/s Travelers, f/k/a<br>St. Paul Travelers Companies, Inc.<br>485 Lexington Avenue, New York, NY 10017<br>v.<br>Peerless Insurance Company<br>Parent Company Liberty Mutual a/k/a/ and/or d/b/a<br>Liberty Mutual Group<br>and/or d/b/a Libetty Mutual Holding Company, Inc.<br>and/or d/b/a Liberty Mutual Agency Markets<br>and/or d/b/a and/or a/k/a Safeco Insurance<br>175 Berkeley Street,<br>Boston, Massachusetts 02116.<br>Defendants | COURT OF COMMON PLEAS<br>DELAWARE COUNTY, PENNSYLVANIA<br><br>**Civil Division, CV 2022-007395** |

## PROOF OF SERVICE OF COMPLAINT TO DEFENDANT TRAVERLERS INSURANCE COMPANY

To the Prothonotary:

Attached please find copies of a the Green Card (Exhibit A) certifying that the above Defendant Insurance Company, Travelers, was served a true and correct copy of the Complaint in the above captioned matter on about October 9, 2022.

By

/s/ Joseph R. Armenti, Esquire

_____
Attorney for Plaintiff


EXHIBIT B

| | |
|---|---|
| Chris Maximus Armenti<br>19 Windtree Lane<br>Glen Mills, Pa. 19342<br>Plaintiff<br>v.<br>Travelers a/d/b/The Travelers Companies, Inc.<br>a/k/a, d/b/s Travelers, f/k/a<br>St. Paul Travelers Companies, Inc.<br>485 Lexington Avenue, New York, NY 10017<br>V.<br>Peerless Insurance Company<br>Parent Company Liberty Mutual a/k/a/ and/or d/b/a<br>Liberty Mutual Group<br>and/or d/b/a Libetty Mutual Holding Company, Inc.<br>and/or d/b/a Liberty Mutual Agency Markets<br>and/or d/b/a and/or a/k/a Safeco Insurance<br>175 Berkeley Street,<br>Boston, Massachusetts 02116.<br>Defendants | :<br>:<br><br>: | COURT OF COMMON PLEAS<br>DELAWARE COUNTY, PENNSYLVANIA<br><br>**Civil Division, CV 2022-007395** |

## CERIFICATION OF SERVICE

I hereby certify that the above filing a Proof of Service of the Complaint on Defendant Insurance Company Travelers was served pursuant to the Pennsylvania Rules of Civil Procedure on October 20, 2022 by way of regular mail on the entities listed below:

Travelers a/d/b/The Travelers Companies, Inc.
a/k/a, d/b/s Travelers, f/k/a
St. Paul Travelers Companies, Inc.
485 Lexington Avenue, New York, NY 10017
V.
Peerless Insurance Company
Parent Company Liberty Mutual a/k/a/ and/or d/b/a
Liberty Mutual Group
and/or d/b/a Libetty Mutual Holding Company, Inc.
and/or d/b/a Liberty Mutual Agency Markets
and/or d/b/a and/or a/k/a Safeco Insurance
175 Berkeley Street,
Boston, Massachusetts 02116.
Defendants

By

/s/ Joseph R. Armenti, Esquire

**Joseph R. Armenti, Esquire**
**Atlas16@Verizon.net**
**19 Windtree Lane**
**Glen Mills, PA 19342**
**(610)613-2739; Fax (610) 459-4716**
**Attorney for Plaintiff**

# EXHIBIT A

**USPS TRACKING #**



9590 9402 7190 1284 0807 18

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Joseph Armenti, EY
19 Windtree Lane
Glen Mills, PA 19342

(C. Maximus Complaint)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Travelers Companies, Inc.
485 Lexington Avenue
New York, New York 10017

9590 9402 7190 1284 0807 18

2. Article Number (Transfer from service label)

7021 1970 0000 3206 1948

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  10/14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt