JOSEPH R. ARMENTI, Esquire
By: Joseph R. Armenti, Esquire
Atlas16@Verizon.net
Identification No: 46356
19 Windtree Lane
Glen Mills, PA 19342
(610)613-2739; Fax (610) 459-4716
**Attorney for Plaintiff**

---

Chris Maximus Armenti : COURT OF COMMON PLEAS
19 Windtree Lane : DELAWARE COUNTY, PENNSYLVANIA
Glen Mills, Pa. 19342
Plaintiff **Civil Division, CV 2022-007395**
V. :
Travelers a/d/b/The Travelers Companies, Inc.
a/k/a, d/b/s Travelers, f/k/a
St. Paul Travelers Companies, Inc.
485 Lexington Avenue, New York, NY 10017
V.
Peerless Insurance Company
Parent Company Liberty Mutual a/k/a/ and/or d/b/a
Liberty Mutual Group
and/or d/b/a Liberty Mutual Holding Company, Inc.
and/or d/b/a Liberty Mutual Agency Markets
and/or d/b/a and/or a/k/a Safeco Insurance
175 Berkeley Street,
Boston, Massachusetts 02116.
Defendants

---

### PROOF OF SERVICE OF COMPLAINT TO DEFENDANT PEERLESS/LIBERTY MUTUAL INSURANCE COMPANY

**To the Prothonotary:**

Attached please find copies of a the Green Card (Exhibit A) certifying that the above Defendant Peerless - Liberty Mutual Group Insurance Company, was served a true and correct copy of the Complaint in the above captioned matter on about October 14, 2022.

By

/s/ Joseph R. Armenti, Esquire

---
Attorney for Plaintiff



EXHIBIT C

**USPS TRACKING #**

9590 9402 7190 1284 0807 01

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box

Dr Joseph Armenti, Esq
19 Windtree Lane
Glen Mills, Pa 19342

Peerless Complaint

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Peerless-Liberty Mutual Insurance
175 Berkeley Street
Boston, Massachusetts 02116

9590 9402 7190 1284 0807 01

2. Article Number (Transfer from service label)

7021 1970 0000 3206 1931

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ RECEIVED _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
OCT 14 2022

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Copying Prohibited

Copying Prohibited

# EXHIBIT A

| | |
|---|---|
| Chris Maximus Armenti<br>19 Windtree Lane<br>Glen Mills, Pa. 19342<br>Plaintiff<br>v.<br>Travelers a/d/b/ The Travelers Companies, Inc.<br>a/k/a, d/b/s Travelers, f/k/a<br>St. Paul Travelers Companies, Inc.<br>485 Lexington Avenue, New York, NY 10017<br>v.<br>Peerless Insurance Company<br>Parent Company Liberty Mutual a/k/a/ and/or d/b/a<br>Liberty Mutual Group<br>and/or d/b/a Liberty Mutual Holding Company, Inc.<br>and/or d/b/a Liberty Mutual Agency Markets<br>and/or d/b/a and/or a/k/a Safeco Insurance<br>175 Berkeley Street,<br>Boston, Massachusetts 02116.<br>Defendants | COURT OF COMMON PLEAS<br>DELAWARE COUNTY, PENNSYLVANIA<br><br>**Civil Division, CV 2022-007395** |

## CERIFICATION OF SERVICE

I hereby certify that the above filing a Proof of Service of the Complaint on Defendant Insurance Company Travelers was served pursuant to the Pennsylvania Rules of Civil Procedure on October 25, 2022 by way of regular mail on the entities listed below:

Travelers a/d/b/ The Travelers Companies, Inc.
a/k/a, d/b/s Travelers, f/k/a
St. Paul Travelers Companies, Inc.
485 Lexington Avenue, New York, NY 10017
v.
Peerless Insurance Company
Parent Company Liberty Mutual a/k/a/ and/or d/b/a
Liberty Mutual Group
and/or d/b/a Liberty Mutual Holding Company, Inc.
and/or d/b/a Liberty Mutual Agency Markets
and/or d/b/a and/or a/k/a Safeco Insurance
175 Berkeley Street,
Boston, Massachusetts 02116.
Defendants

By

/s/ Joseph R. Armenti, Esquire

**Joseph R. Armenti, Esquire**
Atlas16@Verizon.net
**19 Windtree Lane**
**Glen Mills, PA 19342**
**(610)613-2739; Fax (610) 459-4716**
**Attorney for Plaintiff**

FILED
10-26-2022 02:32 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA