MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
Brooks R. Foland, Esquire
PA I.D. No. 70102
Allison L. Krupp, Esquire
PA I.D. No. 307013
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
Telephone: (717) 651-3714/(717) 651-3510
Email: brfoland@mdwcg.com; alkrupp@mdwcg.com
*Attorneys for Defendant Travelers*

| | |
|---|---|
| CHRIS MAXIMUS ARMENTI, <br> Plaintiff | : IN THE COURT OF COMMON PLEAS OF <br> : DELAWARE COUNTY, PENNSYLVANIA <br> : |
| v. | : <br> : Case ID No. CV-2022-007395 |
| THE TRAVELERS COMPANIES, INC. <br> A/K/A, D/B/S TRAVELERS, F/K/A ST. <br> PAUL TRAVELERS COMPANIES, INC. | : <br> : CIVIL ACTION – LAW <br> : <br> : JURY TRIAL DEMANDED |
| v. | |
| PEERLESS INSURANCE COMPANY <br> PARENT COMPANY LIBERTY <br> MUTUAL, A/K/A AND/OR D/B/A <br> LIBERTY MUTUAL GROUP AND/OR <br> D/B/A AND/OR A/K/A LIBERTY <br> MUTUAL AGENCY MARKETS <br> AND/OR D/B/A LIBERTY MUTUAL <br> HOLDING COMPANY, INC. AND/OR <br> D/B/A AND/OR A/K/A SAFECO <br> INSURANCE CO. <br> Defendants | |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Please enter the appearance of Brooks R. Foland, Esquire as counsel of record for **Defendant The Travelers Companies, Inc. a/k/a, d/b/s Travelers, f/k/a St. Paul Travelers Companies, Inc.** in the above-captioned matter.



**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**

Date:  10/28/2022            BY: _____
  Brooks R. Foland, Esquire
  PA I.D. No. 70102
  Allison L. Krupp, Esquire
  PA I.D. No. 307013
  100 Corporate Center Drive, Suite 201
  Camp Hill, PA  17011
  Telephone:  (717) 651-3714/3510
  Facsimile:  (717) 651-3707
  *Attorneys for Defendant Travelers*

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Case Record Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: _____Defendant_____

Signature: *BRFoland*

Name: Brooks R. Foland, Esquire

Attorney No. (if applicable): _____70102_____

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a copy of the foregoing document upon the person(s) and in the manner indicated below, which service satisfies the requirements of the Pennsylvania Rules of Civil Procedure, by ECF, email and/or depositing a copy of same in the United States Mail, first-class postage prepaid, addressed as follows:

Joseph R. Armenti, Esquire
19 Windtree Lane
Glen Mills, PA  19342
Atlas16@verizon.net
Attorney for Plaintiff

Katherine Cole Douglas, Esquire
Bennett, Bricklin & Saltzburg LLC
Centre Square, West Tower
1500 Market Street
32nd Floor
Philadelphia, PA  19102
douglas@bbs-law.com
Attorney for Defendant Peerless

MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN

Dated:  10/28/2022

Brooks R. Foland, Esquire

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
Brooks R. Foland, Esquire
PA I.D. No. 70102
Allison L. Krupp, Esquire
PA I.D. No. 307013
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
Telephone: (717) 651-3714/(717) 651-3510
Email: brfoland@mdwcg.com; alkrupp@mdwcg.com
*Attorneys for Defendant Travelers*

| | |
|---|---|
| CHRIS MAXIMUS ARMENTI, <br> Plaintiff | : IN THE COURT OF COMMON PLEAS OF <br> : DELAWARE COUNTY, PENNSYLVANIA <br> : |
| v. | : <br> : Case ID No. CV-2022-007395 |
| THE TRAVELERS COMPANIES, INC. <br> A/K/A, D/B/S TRAVELERS, F/K/A ST. <br> PAUL TRAVELERS COMPANIES, INC. | : <br> : CIVIL ACTION – LAW <br> : <br> : JURY TRIAL DEMANDED |
| v. | |
| PEERLESS INSURANCE COMPANY <br> PARENT COMPANY LIBERTY <br> MUTUAL, A/K/A AND/OR D/B/A <br> LIBERTY MUTUAL GROUP AND/OR <br> D/B/A AND/OR A/K/A LIBERTY <br> MUTUAL AGENCY MARKETS <br> AND/OR D/B/A LIBERTY MUTUAL <br> HOLDING COMPANY, INC. AND/OR <br> D/B/A AND/OR A/K/A SAFECO <br> INSURANCE CO. <br> Defendants | |

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Please enter the appearance of Allison L. Krupp, Esquire as counsel of record for **Defendant The Travelers Companies, Inc. a/k/a, d/b/s Travelers, f/k/a St. Paul Travelers Companies, Inc.** in the above-captioned matter.

Date:   10/28/2022

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: *Allison J Krupp*

Brooks R. Foland, Esquire
PA I.D. No. 70102
Allison L. Krupp, Esquire
PA I.D. No. 307013
100 Corporate Center Drive, Suite 201
Camp Hill, PA  17011
Telephone:  (717) 651-3714/3510
Facsimile:  (717) 651-3707
*Attorneys for Defendant Travelers*

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Case Record Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: _____Defendant, Travelers_____

Signature: _*Allison L. Krupp*_

Name: _Allison L. Krupp, Esquire_

Attorney No. (if applicable): _____307013_____

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a copy of the foregoing document upon the person(s) and in the manner indicated below, which service satisfies the requirements of the Pennsylvania Rules of Civil Procedure, by ECF, email and/or depositing a copy of same in the United States Mail, first-class postage prepaid, addressed as follows:

Joseph R. Armenti, Esquire
19 Windtree Lane
Glen Mills, PA  19342
Atlas16@verizon.net
Attorney for Plaintiff

Katherine Cole Douglas, Esquire
Bennett, Bricklin & Saltzburg LLC
Centre Square, West Tower
1500 Market Street
32nd Floor
Philadelphia, PA  19102
douglas@bbs-law.com
Attorney for Defendant Peerless

MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN

Dated:  10/28/2022

_____
Allison L. Krupp, Esquire